IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40298
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

GABRIEL RESENDEZ-GARCIA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. M-94-CR-157-9)
- - - - - - - - - -
February 9, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Appellant appeals his jury conviction for conspiracy to
possess marijuana with intent to distribute and aiding and abetting
possession with intent to distribute, complaining of insufficiency
of the evidence, material variance between the evidence and the
indictment, and prosecutorial misconduct.  Our review of the record
and the arguments and authorities convince us that no reversible
error was committed.  The evidence was not insufficient.  See
United States v. Ivey, 949 F.2d 759, 766 (5th Cir. 1991), cert.

_____

        [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

<u>denied</u>, 113 S. Ct. 64 (1992). There was no material variance between the evidence and the indictment. <u>See</u> <u>United States v. Faulkner</u>, 17 F.3d 745, 762 (5th Cir.), <u>cert. denied</u>, 115 S. Ct. 193 (1994). The prosecutor's questioning and statements did not rise to the level of plain error. <u>See</u> <u>United States v. Brown</u>, 887 F.2d 537, 542 (5th Cir. 1989).

AFFIRMED.